**BRYAN CAVE LLP**
Marcy J. Bergman, California Bar No. 75826
Robert J. Esposito, California Bar No. 267031
560 Mission Street, Suite 2500
San Francisco, CA 94105
Telephone:   415-675-3400
Facsimile:   415-675-3434
E-mail:      marcy.bergman@bryancave.com
             robert.esposito@bryancave.com

Attorneys for Defendant
THE WET SEAL, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION (LOS ANGELES)

| | |
|---|---|
| UNITED FABRICS INTERNATIONAL, INC., a California Corporation<br><br>Plaintiff,<br><br>v.<br><br>THE WET SEAL, INC., a California Corporation; PINK ELI, INC., a California Corporation, individually and doing business as "RESTLESS HEART"; E-TEXTILE CORPORATION, a California Corporation; and DOES 1 through 10,<br><br>Defendants. | Case No. 12-cv-09194-JFW-SH<br>*Honorable John F. Walter*<br><br>**STIPULATION OF THE WET SEAL, INC. AND PINK ELI, INC. TO DISMISS CROSS-CLAIM**<br><br>Complaint Filed:   Oct. 25, 2012<br>Cross-Claim Filed: Dec. 19, 2012<br>Trial Date:        None Set |
| THE WET SEAL, INC.,<br><br>Crossclaimant,<br><br>v.<br><br>PINK ELI, INC. D/B/A RESTLESS HEART,<br><br>Crossdefendant. | |

1  The Wet Seal, Inc. ("Wet Seal") and Pink Eli, Inc. ("Pink Eli") (collectively, "the
2  Parties"), by and between their counsel of record, hereby submit the following stipulation.
3  **WHEREAS,**
4  1.  The Parties have reached a full and final settlement with respect to the cross-
5  claim filed by Wet Seal against Pink Eli on December 19, 2012.  (*See* Dkt. 16).
6  2.  Pursuant to their settlement, the Parties request that the Court retain
7  jurisdiction to enforce the terms of the Settlement Agreement.
8  **NOW, THEREFORE,**
9  **IT IS HEREBY STIPULATED AND REQUESTED** that the cross-claim, Dkt.
10 16, be dismissed without prejudice and the Court retain jurisdiction to enforce the terms of
11 the Settlement Agreement as set forth above.

12 Dated:  April 29, 2013                **BRYAN CAVE LLP**

14                                        By:  */s/ Robert J. Esposito*
15                                             Robert J. Esposito
                                               Marcy J. Bergman
16                                        Attorneys for Cross-Claimant THE WET
                                          SEAL, INC.

18 Dated:  April 29, 2013                **LAW OFFICES OF S. CALVIN MYUNG**

20                                        By:  */s/ S. Calvin Myung*
                                               S. Calvin Myung
21                                        Attorney for Cross-Defendant PINK ELI, INC.