**BRYAN CAVE LLP**
Marcy J. Bergman, California Bar No. 75826
Robert J. Esposito, California Bar No. 267031
560 Mission Street, Suite 2500
San Francisco, CA 94105
Telephone:    415-675-3400
Facsimile:     415-675-3434
E-mail:         marcy.bergman@bryancave.com
                   robert.esposito@bryancave.com

Attorneys for Defendant
THE WET SEAL, INC.

NOTE: CHANGES MADE BY THE COURT

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION (LOS ANGELES)**

| | |
|---|---|
| UNITED FABRICS INTERNATIONAL, INC., a California Corporation<br><br>Plaintiff,<br><br>v.<br><br>THE WET SEAL, INC., a California Corporation; PINK ELI, INC., a California Corporation, individually and doing business as "RESTLESS HEART"; E-TEXTILE CORPORATION, a California Corporation; and DOES 1 through 10,<br><br>Defendants.<br><br>THE WET SEAL, INC.,<br><br>Crossclaimant,<br><br>v.<br><br>PINK ELI, INC. D/B/A RESTLESS HEART,<br><br>Crossdefendant. | Case No. 12-cv-09194-JFW-SH<br>*Honorable John F. Walter*<br><br>**ORDER DISMISSING CROSS-CLAIM OF THE WET SEAL, INC. AGAINST PINK ELI, INC.** |

Bryan Cave LLP
560 Mission Street, Suite 2500
San Francisco, CA 94105

Having considered the stipulation of The Wet Seal, Inc. and Pink Eli, Inc. (collectively, "the Parties") to dismiss the cross-claim filed by Wet Seal against Pink Eli on December 19, 2012, Dkt. 16, and good cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

The cross-claim filed by The Wet Seal, Inc. against Pink Eli, Inc. on December 19, 2012, Dkt. 16, is hereby **DISMISSED** without prejudice.

**IT IS SO ORDERED.**

Dated: May 3, 2013

_____
Honorable John F. Walter
U.S. District Judge

Bryan Cave LLP
560 Mission Street, Suite 2500
San Francisco, CA 94105