Stephen M. Doniger, Esq. (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs, Esq. (SBN 235718)
scott@donigerlawfirm.com
DONIGER / BURROUGHS APC
300 Corporate Pointe, Suite 355
Culver City, California 90230
Telephone: (310) 590-1820
Facsimile: (310) 417-3538

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED FABRICS INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> vs. <br><br> THE WET SEAL, INC.; *et al.*, <br><br> Defendants. | Case No.: CV12-9194 JFW (SHx) <br> <u>Honorable John F. Walter Presiding</u> <br><br> **NOTICE OF SETTLEMENT** |

- 1 -

NOTICE OF SETTLEMENT

*TO THE COURT, ALL PARTIES, AND ATTORNEYS OF RECORD:*

PLEASE TAKE NOTICE THAT the parties to this case have reached a resolution of all claims at issue in this action. They have finalized the written settlement agreement and are currently discharging their obligations thereunder. The parties anticipate being able to file a dismissal of this action on or before September 10, 2013.

                          Respectfully submitted,

                          DONIGER /BURROUGHS

Dated: August 5, 2013        By:   /s/ Scott A. Burroughs
                                      Scott A. Burroughs, Esq.
                                      Attorneys for Plaintiff