JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -- GENERAL

| | | |
|---|---|---|
| Case No. | **CV 12-9194-JFW (SHx)** | Date: August 7, 2013 |
| Title: | United Fabrics International, Inc. -v- The Wet Seal, Inc., et al. | |

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| **Shannon Reilly** | **None Present** |
| **Courtroom Deputy** | **Court Reporter** |

| **ATTORNEYS PRESENT FOR PLAINTIFFS:** | **ATTORNEYS PRESENT FOR DEFENDANTS:** |
|---|---|
| None | None |

**PROCEEDINGS (IN CHAMBERS):**     **ORDER OF DISMISSAL**

    In the Notice of Settlement filed on August 5, 2013, Dkt. No. 34, the parties represent that they have settled this action.  As a result, the Court dismisses this action without prejudice subject to either party reopening the action on or before September 10, 2013.  The Court will retain jurisdiction for the sole purpose of enforcing the settlement until September 10, 2013.  Thereafter, absent further order of the Court, the Clerk is ordered to dismiss this action with prejudice.  All dates in this action, including the trial date are vacated.

    IT IS SO ORDERED.